Case 4:22-cv-00038   Document 20   Filed on 12/09/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARIA DELOSANELES DELCID § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:22-CV-00038 |
| § | |
| FIESTA MART, LLC § | |
| § | |
| *Defendant.* § | |

ORDER GRANTING
AMENDED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT

Pending before the Court is Plaintiff's Amended Motion to Withdraw Funds from the Registry of the Court. As evidenced by the supporting documentation provided with Plaintiff's motion, Plaintiff has attained the age of majority. Plaintiff's motion, therefore is **GRANTED**. It is

**ORDERED** that the Clerk of Court shall release funds held in the Registry of the Court on behalf of Justin Delcid – principal and interest – and make these funds to Plaintiff at the address specified in the motion.

SIGNED at _____Houston_____, Texas, this __9th__ day of _December_, 20_25_.

_____
JUDGE PRESIDING



APPROVED AS TO FORM AND SUBSTANCE:

**KRAIG L. RUSHING,**
**Attorney at Law**

_____
**Kraig L. Rushing**
State Bar No. 24071554
Federal I.D. No. 3004621
2030 North Loop West, Suite 280
Houston, Texas 77018
Telephone: (346) 293-9670
Telecopier: (832) 667-9046
Email: krushing@krushinglaw.com

**ATTORNEY FOR PLAINTIFF**